*Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance there-with the claim of the plaintiff was sustained.

**No. 51381.**—Protests 513099–G, etc., of B. F. Montague Co., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiff was sustained.

**No. 51382.**—Protests 547437–G, etc., of Wimelbacher & Rice (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiff was sustained.

OCTOBER 23, 1946

**No 51383.**—SUIT 4524.—
*United States* v. *Fung Chong Co.* C. D. 937 affirmed July 9, 1946. C. A. D. 342.

BEFORE THE FIRST DIVISION, OCTOBER 30, 1946

**No. 51384.**—Protest 692263–G of California Milling Co. (Los Angeles).

Opinion by MOLLISON, J. When the case was called for trial the appraiser's answer to the protest, which described the merchandise as "kelp" in the form of flour, was received in evidence, without objection. It was noted that this description accords with both the invoice description of the merchandise, and the manner in which it was described by the collector in his letter transmitting the protest and accompanying papers to this court. On the record presented and following *Centennial Flouring Mills* v. *United States* (29 C. C. P. A. 264, C. A. D. 200), the claim for free entry under paragraph 1705 was sustained.